LAWRENCE BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDARSHAN SINGH, | 1:09-CV-00278 SMS (HC) |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | (DOCUMENT #7) |
| ERIC H. HOLDER, JR., et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has both his detention by Immigration and Customs Enforcement as well as the denial of his applications for adjustment of status by Citizenship and Immigration Services. The parties respectfully inform the Court that due to developments at the administrative level, more time is needed to explore the possibility of an agreeable resolution to the matter. To this extent, the government requests an additional 60 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

The parties therefore stipulate that the time for filing the government's answer be extended to June 17, 2009, and that all other deadlines be similarly postponed.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

-1-

Dated: April 14, 2009

                                        LAWRENCE BROWN

                                        United States Attorney

By:   /s/Audrey Hemesath
       Audrey B. Hemesath
       Assistant U.S. Attorney
       Attorneys for the Defendants

By:   /s/ Virender Kumar Goswami
       Virender Kumar Goswami
       Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on June 17, 2009.

IT IS SO ORDERED.

**Dated:  April 16, 2009**                             /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE