LAWRENCE BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDARSHAN SINGH, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> Eric H. Holder, Jr., et al. ) <br> ) <br>     Defendants. ) <br> ) | No. 09-cv-F-278 SMS <br><br> JOINT STIPULATION AND ORDER RE: SECOND EXTENSION OF TIME |

    This is an immigration case in which plaintiff has both his detention by Immigration and Customs Enforcement as well as the denial of his applications for adjustment of status by Citizenship and Immigration Services.  The parties previously stipulated to one extension of time, until June 17, 2009, for the filing of the government's answer.  Since the filing of that extension, the parties have endeavored to resolve the matter at the administrative level.  More time is needed, however, for the completion of this process.  Toward that end, the government requests an additional 30 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

    The parties therefore stipulate that the time for filing the government's answer be extended to July 17, 2009, and that all other deadlines be similarly postponed.

Dated: June 15, 2009

LAWRENCE BROWN
Acting United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Virender Kumar Goswami
Virender Kumar Goswami
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on July 17, 2009.

IT IS SO ORDERED.

**Dated:   June 17, 2009**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE