1

2

3

4

5

6 # UNITED STATES DISTRICT COURT

7 ## EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| GURDARSHAN SINGH, | ) | 1:09-CV-00278 SMS HC |
| Petitioner, | ) | ORDER DISMISSING CASE |
| v. | ) | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |
| ERIC H. HOLDER, JR., et al., | ) | |
| Respondents. | ) | |

14

15 _____Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C.

16 § 2241.

17    On August 11, 2009, Petitioner filed a notice of dismissal pursuant to Rule 41(a)(1) of the

18 Federal Rules of Civil Procedure.  According to Rule 41(a)(1)(A), "an action may be dismissed by

19 the [Petitioner] without order of court by filing a notice of dismissal at any time before service by the

20 adverse party of an answer or of a motion for summary judgment . . . ."  Pursuant to Rule 11 of the

21 Rules Governing Section 2254 Cases, the "Federal Rules of Civil Procedure, to the extent that they

22 are not inconsistent with these rules, may be applied, when appropriate, to petitions filed under these

23 rules." Respondent has not filed a formal answer to the petition for writ of habeas corpus.

24    Accordingly, IT IS ORDERED that the petition is hereby DISMISSED without prejudice.

25 The Clerk of Court is DIRECTED to close the case.

26 IT IS SO ORDERED.

27 **Dated:    October 8, 2009**           **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

28